**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHERRY L. HALL,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1321-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## ORDER

This cause is before the Court on the Plaintiff's Complaint for review of a decision of the Commissioner of Social Security denying her application for Social Security Disability benefits for lack of disability.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 15, 2008 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is hereby **REVERSED** and this case is **REMANDED** for further proceedings. The Clerk is directed to enter a judgement accordingly.

      3.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 4, 2008.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge