# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHERRY L. HALL,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:07-cv-1321-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S PETITION FOR ATTORNEY FEES (Doc. No. 15)** |
| **FILED:** | **September 29, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The plaintiff, Sherry L. Hall, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment was entered in favor of Hall on August 6, 2008. Doc. No. 14. The defendant, the Commissioner of Social Security, does not oppose the motion. Doc. No. 15 at 2. An award of fees is, therefore, ripe for consideration.

    Hall's attorney seeks $3,005.55 in attorney's fees for a total of 17.5 hours of work performed in 2007 and 2008: 3.9 hours of work performed in 2007; and 13.6 hours of work performed in 2008. Doc. No. 15-2. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be

compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Hall has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $166.78 per hour for work performed in 2007 and $173.17 per hour for worked performed in 2008. Doc. No. 16 at 3-4.

After reviewing the papers submitted by Hall, I find that the fees requested are appropriate in the absence of objection. Accordingly, I recommend that the Court order the Commissioner to pay Hall $3,005.55 in attorney's fees.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 2, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy