# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHERRY L. HALL,

                    Plaintiff,

-vs-                                                    Case No.  6:07-cv-1321-Orl-22KRS

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
_____

## ORDER

This cause is before the Court on Plaintiff's Petition for Attorney Fees (Doc. No. 15), and on Plaintiff's Assignment of EAJA Fees (Doc. No. 18).

The United States Magistrate Judge has submitted a report recommending that the Petition be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 2, 2008 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2.      Petition for Attorney Fees (Doc. No. 15) is GRANTED.

3.      The Commissioner of Social Security shall pay to Plaintiff's counsel, James W. Keeter, pursuant to the Assignment, attorney's fees in the amount of $3,005.55.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 21, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge